UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE DERMANSKY<br><br>            Plaintiff,<br><br>    v.<br><br>VIACOM INTERNATIONAL INC.<br><br>            Defendant. | NOTICE OF SETTLEMENT AND DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i))<br><br>Case No.: 1:17-cv-6716-JFK |

    It is hereby noticed that the above case has been settled and the above-captioned action is voluntarily dismissed with prejudice.

/s/Richard Liebowitz
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: January 7, 2019

*Attorneys for Plaintiff Julie Dermansky*